**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 271 MAL 2014
:
                Respondent :
                             : Petition for Allowance of Appeal from the
                             : Order of the Superior Court
            v. :
:
:
:
A.D.H., :
:
                Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of August, 2014, The Application for Leave to Amend the Petition for Allowance of Appeal is GRANTED. The typographical error has been noted by the Court. The Petition for Allowance of Appeal is hereby DENIED.